# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2024

### NO. 03-23-00469-CV

**T. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the Final Order of Termination signed by the trial court on July 21, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's Final Order of Termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.